BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant GUERRERO-GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 02-20118-JW |
| Plaintiff, | ) | **ORDER ADVANCING STATUS HEARING** |
| v. | ) | |
| JOSE ALFREDO-GUERRERO-GUERRERO | ) | |
| Defendants. | ) | |

### ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be advanced from March 31, 2008, to March 24, 2008 at 1:30 p.m..

Dated: March 21, 2008

_James Ware_
JAMES WARE,
United States District Judge

ORDER ADVANCING STATUS
CONFERENCE
No. CR 02-20118-JW                    1